IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 2:99CR122-12-T |
| ) | (Financial Litigation Unit) |
| FELICIA ANN WATTY, ) | |
| Defendant. ) | |
| and ) | |
| ) | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | |
| Garnishee. ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case on July 26, 2004, against the defendant Felicia Ann Watty is DISMISSED.

Signed: November 12, 2006

Lacy H. Thornburg
United States District Judge